# HARTMAN & ASSOCIATES
## ACTUARIES AND CONSULTANTS

SUITE 735   •   29 SOUTH LASALLE STREET   •   CHICAGO, ILLINOIS 60603

PHONE (312) 726-1820                         FAX (312) 726-4323

228

March 31, 2010

Mr. Jeff Hoff
Local 786 Lumber Employees Pension Fund
300 South Ashland Avenue
Room 501
Chicago, IL 60607

                                              Re: Withdrawal Liability for INR Beatty Lumber

Dear Mr. Hoff:

It is my understanding that INR Beatty Lumber terminated from the Local 786 Lumber Employees Pension Fund on March 8, 2010. I have calculated their withdrawal liability under the Multiemployer Pension Plan Amendments Act of 1980 (MEPPA).

Enclosed are the following:

- Schedule A information used in the calculation of the amount of the withdrawal liability;
- Schedule B the calculation of the amount of the withdrawal liability; and
- Actuarial assumptions used in calculating the withdrawal liability.

The amount of the withdrawal liability after applying the de minimis rule under Section 4209 (a) of ERISA is $1,649,610. However, the 20-year maximum number of annual payments applies because the annual payments will not amortize the withdrawal liability in 20 years. Therefore, the withdrawal liability is reduced to the amount that can be paid off in the 20-year period, or $1,492,660 with an uncollectible amount of $156,950. The minimum schedule of payments is:

- Eighty (80) quarterly payments of $32,919.

If there are any questions, please do not hesitate to call.

                                                             Respectfully submitted,

                                                             Thomas K. Hartman

TKH:sh
Enclosures

PLAINTIFF'S EXHIBIT A

10WLINR                                                                                                   M786L-CWL