**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOCAL 786 LUMBER EMPLOYEE ) <br> RETIREMENT FUND and MICHAEL YAUGER, ) <br> as Trustee of the Local 786 Lumber Employee ) <br> Retirement Fund, ) <br>              Plaintiffs, ) <br>    v. ) <br> ) <br> I.N.R. BEATTY LUMBER CO., a dissolved ) <br> Illinois Corporation, and FORT POLILAND ) <br> HOLDING CORPORATION, a dissolved ) <br> Illinois corporation, ) <br>              Defendants. ) | Case No.   13-cv-06132 <br><br> Judge Robert M. Dow, Jr. |

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**

      This matter coming before the Court on Plaintiff's motion for entry of default judgment, all parties having been noticed, and no appearance, answer or other responsive pleading having been filed by Defendant, it is hereby ordered that Defendant is found to be in default for failure to appear, answer, or otherwise plead to the complaint and judgment on behalf of Plaintiffs, Local 786 Lumber Employee Retirement Fund and Michael Yauger as Trustee, in the amount of $1,492,660.00 against Defendants, I.N.R. Beatty Lumber Co. and Fort PoliLand Holding Corporation, is entered.

                                          ENTER:

                                          _____
                                          Robert M. Dow, Jr.
                                          United States District Judge

                                          Date:   December 5, 2013